IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TONGKOU THAO,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security

    Defendant.

Case No. 17-cv-742-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security, affirming the decision of the Commissioner and dismissing this case.

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 9/26/2019 |
| Peter Oppeneer, Clerk of Court | Date |